

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-23-00058-CR
No. 02-23-00059-CR

———————————————————

TEANNE LYNN STEINETZ, Appellant

V.

THE STATE OF TEXAS

On Appeal from the 43rd District Court
Parker County, Texas
Trial Court Nos. CR21-0542, CR22-0237

Before Sudderth, C.J.; Wallach and Walker, JJ.
Memorandum Opinion by Justice Wallach

## MEMORANDUM OPINION

Appellant Teanne Lynn Steinetz appeals[1] from the trial court's judgments of conviction for the offenses of burglary of a building (appellate cause number 02-23-00058-CR) and forgery of a financial instrument (appellate cause number 02-23-00059-CR). *See* Tex. Penal Code Ann. §§ 30.02, 32.21. In each case, the trial court's certification of Steinetz's right to appeal stated that the case involved a plea-bargain, that Steinetz had no right of appeal, and that Steinetz had waived her right of appeal. *See* Tex. R. App. P. 25.2(a)(2). Based on those certifications, we notified Steinetz that her appeals would be dismissed unless, within ten days, she or any party desiring to continue the appeals filed a response showing grounds for their continuance. *See* Tex. R. App. P. 25.2(a)(2), (d), 44.3. More than ten days have passed, and we have not received a response.

Steinetz is not appealing an adverse ruling on a written pretrial motion and does not have the trial court's permission to appeal. *See* Tex. R. App. P. 25(a)(2), (d). Accordingly, we dismiss her appeal for want of jurisdiction. *See* Tex. R. App. P. 25(a)(2), (d), 43.2(f); *Roberts v. State*, 508 S.W.3d 481, 482 (Tex. App.—Fort Worth 2015, no pet.) (mem. op.); *see also Gray v. State*, No. 02-17-00271-CR, 2017 WL 4296449, at *1 (Tex. App.—Fort Worth Sept. 28, 2017, no pet.) (mem. op., not designated for publication).

---

[1]Steinetz has appointed counsel, but she filed her combined notice of appeal pro se.

/s/ Mike Wallach
Mike Wallach
Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered:  May 25, 2023